| 1. Person Reporting (Last name, first, middle initial) KELLEHER, Robert J. | 2. Court or Organization United States District Court Central District of California | 3. Date of Report May 2, 2005 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; United States District Judge Senior Status | 5. Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial  X  Annual ___ Final | 6. Reporting Period January 1, 2004 – December 31, 2004 |
| 7. Chambers or Office Address Roybal Federal Bldg. & Courthouse 255 East Temple Street, Ste. 1434 Los Angeles, California 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| | NONE (No reportable positions.) | |
| 1 | Member, Executive Committee | United States Tennis Association |
| 2 | Member, Executive Committee | Southern California Tennis Association |
| 3 | | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| X | NONE (No reportable agreements.) | |
| 1 | | |
| 2 | | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| | DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|---|

A. Filer's Non-Investment Income

| | | | |
|---|---|---|---|
| X | NONE (No reportable non-investment income.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| N/A | NONE (No reportable non-investment income.) | |
| 1 | | |
| 2 | | |

RECEIVED MAY 9 10 13 AM '05 FINANCIAL DISCLOSURE OFFICE

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| X | NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | NONE (No such reportable gifts.) | | |
| 1 | International Tennis Hall of Fame | Hotel, travel, meals, entertainment | $ 4,000.00 |
| 2 | (Attending 50th Anniversary of the Hall of Fame as an inductee in 2000) | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=25,000,001-50,000,000    P4=50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| Description of Assets (including trust assets) | A. Amount Code income | | B. Gross value end of period | | C. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amount Code 1 (A-H) | Type (e.g. div. rent int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e.g. buy,sell merger redemption) | Date Month Day | Value Code 2 (J-P) | Gain Code 1 (A-H) | Identity of buyer/seller (if private transaction) |
| ☐ **NONE** (No reportable income, | | | | | | | | | |
| 1 Beach House, Oceanside | E | Rent | O | Q | | | | | |
| 2 Condominium, Bel Air | | | | | Sell | 6/21 | O | G | Marina Chasnik |
| 3 Bank of America | None | None | J | T | | | | | |
| 4 Southland Credit Union | B | Int. | K | T | | | | | |
| 5 Federated Kaufmann Fund | B | Div. | K | T | | | | | |
| 6 Duffer Corp. | None | None | J | T | | | | | |
| 7 Brokerage Account: | | | | | | | | | |
| 8 - U.S. Treasury Bill | A | Int. | L | T | Buy | 8/3 | L | | |
| 9 - Federated Home Loan Bank | None | None | M | T | Buy | 8/3 | M | | |
| 10 - Pimco Total Return Fund | C | Div. | L | T | Buy | 8/3 | L | | |
| 11 - Schwab U.S. Treasury Money Fund | A | Int. | J | T | Buy | 8/3 | J | | |
| 12 - Abbott Laboratories | A | Div. | J | T | Buy | 8/3 | J | | |
| 13 - Bank of America Corp. | A | Div. | J | T | Buy | 8/3 | J | | |
| 14 -BP PLC ADR | A | Div. | J | T | Buy | 8/3 | J | | |
| 15 - Conoco Phillips | A | Div. | J | T | Buy | 8/3 | J | | |
| 16 - Diageo PLC New ADR | A | Div. | J.í | T | Buy | 8/3 | J | | |
| 17 - Emerson Electric | A | Div. | J | T | Buy | 8/3 | J | | |

1. Income/Gain Codes: A=$1,000 or less B=$1,001-$2,500 C=$2,501-$5,000 D=$5,001-$15,000 E=$15,001-$50,000
(See Col. B1,D4) F=$50,001-$100,000 G=$100,001-$1,000,000 H1=$1,000,001-$5,000,000 H2=More than $5,000,000
Value Codes: J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000
(See Col. C1,D3) N=$250,001-$500,000 O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000 P4=More than $50,000,000
Value Method Codes: Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash Market
(See Col. C2) U=Book value V=Other W=Estimated

## VII. Page 2 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| Description of Assets (including trust assets) | A. Income during reporting period (1) Amount Code | A. (2) Type | C. Gross value at end of reporting period (1) Value Code | C. (2) Value Method Code | D. Transaction during reporting period Type buy/sell/merger/redemption | D. Date Month Day | D. Value Code | D. Gain Code | D. Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 –FPL Group Inc. | A | Div. | J | T | Buy | 8/3 | J | | |
| 19 –General Electric Co. | A | Div. | J | T | Buy | 8/3 | J | | |
| 20 –HSBC Hldgs. PLC | A | Div. | J. | T | Buy | 8/3 | J | | |
| 21 –Johnson & Johnson | A | Div. | J | T | Buy | 8/3 | J | | |
| 22 –Kimberly Clark Corp. | A | Div. | J | T | Buy | 8/3 | J | | |
| 23 –Microsoft Corp. | A | Div. | J | T | Buy | 8/3 | J | | |
| 24 –Nestle SA Reg. B | A | Div. | J | T | Buy | 8/3 | J | | |
| 25 –Pfizer Inc. | A | Div. | J | T | Buy | 8/3 | J. | | |
| 26 –Procter & Gamble | A | Div. | J | T | Buy | 8/3 | J | | |
| 27 –Union Pacific Corp. | A | Div. | J | T | Buy | 8/3 | J | | |
| 28 –CSI Equity Fund | A | Div. | J | T | Buy | 8/3 | J | | |
| 29 | | | | | | | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less; B = $1,001-$2,500; C = $2,501-$5,000; D = $5,001-$15,000; E = $15,001-$50,000; (See Col. B1, D4) F = $50,001-$100,000; G = $100,001-$1,000,000; H1 = $1,000,001-$5,000,000; H2 = More than $5,000,000
2. Value Code: J = $15,000 or less; K = $15,001-$50,000; L = $50,001-$100,000; M = $100,001-$250,000; (See Col. C1, D3) N = $250,001-$500,000; O = $500,001-$1,000,000; P1 = $1,000,001-$5,000,000; P2 = $5,000,001-$25,000,000; P3 = $25,000,001-$50,000,000; P4 = More than $50,000,000
3. Value Method Codes: Q = Appraisal; R = Cost (real estate only); S = Assessment; T = Cash/Market; (See Col. C2) U = Book value; V = Other; W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____                Date  May 2, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

**FILING INSTRUCTIONS**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544